

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF   CV 09 80 224 MISC

Halle McCutchen Jones - #212747

_____/



### ORDER TO SHOW CAUSE

It appearing that Halle McCutchen Jones has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Halle McCutchen Jones
Attorney at Law
5496 County Road 4
Valois, NY 14841